## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | | |
|---|---|---|
| PAM BROOKS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:18-cv-00102-O-BP |
| | § | |
| WEHNER MULTIFAMILY, LLC, | § | |
| et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (ECF No. 16). No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Defendant United States Post Office's ("USPS") Motion to Dismiss for Lack of Jurisdiction (ECF No. 7) is **GRANTED**. Plaintiff's claims against USPS are hereby **DISMISSED without prejudice**. The Court **DECLINES** to exercise supplemental jurisdiction over Plaintiff's claims against Defendant Wehner and hereby **REMANDS** the case to the state court from whence is came.

**SO ORDERED** on this **17th day** of **December, 2018**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE